## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Michael Terrick,            :
         Appellant      :     **CASES CONSOLIDATED**
                           :
      v.                :     Nos. 151 and 526 CD 2018
                           :
Munhall Sanitary Sewer Municipal   :
Authority a/k/a Munhall Borough     :
Sanitary Sewer Authority           :

## **O R D E R**

NOW, January 28, 2019, having considered appellant's application for reargument and appellee's answer in response thereto, the application is denied.

 

                                MARY HANNAH LEAVITT,
                                President Judge